IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, a Trust Fund, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No: 02-0059-CV-W-HFS |
| MAURICE E. HEERLEIN, JR. doing business as M. ED HEERLEIN CONSTRUCTION CO., | ) ) ) ) | |
| Defendant, | ) | |
| and | ) ) | |
| A.L. HUBER, INC., | ) ) ) | |
| Garnishee. | ) | |

## ORDER

The Court has reviewed Garnishors' Motion and Suggestions for Order Directing Garnishee to Pay Garnishment Proceeds to Plaintiffs-Garnishors filed on September 16, 2005, as well as the garnishee's Responses to Interrogatories to Garnishee and the judgment entered in this cause. Having been fully advised in the premises, it is hereby

ORDERED that the garnishee is to pay the sum of One Thousand One Hundred Nineteen and 93/100 ($1,119.93) Dollars into the Court and that within ten (10) days thereafter, the Clerk of the Court pay the sum of One Thousand One Hundred Nineteen and 93/100 ($1,119.93) Dollars to the garnishors with the check being made payable to the "Carpenters District Council of Kansas City Fringe Benefit Funds".

/s/ Howard F. Sachs
United States District Judge

DATED: October 3, 2005